# EXHIBIT B

| | |
|---|---|
| **From:** | noreply@ains.com |
| **To:** | Erin Murphy |
| **Subject:** | [EXTERNAL] Request Received by DOI FOIA Office |
| **Date:** | Monday, February 3, 2025 3:31:09 PM |

You don't often get email from noreply@ains.com. Learn why this is important

Dear Erin Murphy,

We would like to inform you that the Department of the Interior has received your Freedom of Information Act (FOIA) request and assigned it the control number DOI-2025-003479. Please reference this number in any future communications regarding your request.

Please see attached full request. EDF respectfully requests records of U.S. Department of the Interior activities and communications regarding the Endangerment Finding and possible reassessment of the Finding pursuant to the Unleashing American Energy Executive Order.

This
 message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.

Regards,
DOI FOIA Office

B-1