# EXHIBIT C



**United States Department of the Interior**
OFFICE OF THE SECRETARY
Washington, DC 20240

epFebruary 10, 2025

Via Electronic Mail: emurphy@edf.org

Erin Murphy
Environmental Defense Fund

RE: Freedom of Information Act (FOIA) Request No. DOI-2025-003479

Dear Erin Murphy**:**

The Office of the Secretary (OS) FOIA Office received your FOIA request, dated February 3, 2025, on February 3, 2025 and assigned it control number DOI-2025-003479. Please cite this number in any future communications with our office regarding your request.

## Description of the Requested Records

You requested:

"Specifically, EDF requests copies of all correspondence and records detailed below in item (i), that contain any of the search terms detailed below in item (ii):

(i) correspondence with and/or between any members of the Trump Administration's DOI transition team and/or any Trump Administration DOI political appointees; and any memos, presentations or other documents created by or shared with and/or among DOI transition team and/or political appointees, including but not limited to:
1. Jessica Bowron
2. Doug Burgum
3. Scott Cameron
4. Walter Cruickshank
5. Charlie Dankert
6. Maureen Foster
7. Karen Hawbecker
8. Cara Lee Macdonald
9. Kate MacGregor
10. Bryan Mercier
11. Glenda Owens
12. David Palumbo
13. John Raby
14. Sarah Ryker, or
15. Paul Souza.

1

(ii) EDF requests the correspondence and other records detailed above that contain any of the following search terms:
- Endangerment Finding(s),
- Endangerment and Cause or Contribute Finding(s)
- Endangerment
- Climate change
- Greenhouse gas(es)
- Carbon dioxide
- GHG(s), or
- Joint recommendation(s).

## Fee Category

We classified you as an educational or noncommercial scientific institution. As such, we may charge you for some of our duplication costs, but we will not charge you for our search or review costs; you also are entitled to up to 100 pages of photocopies (or an equivalent volume) for free. *See* 43 C.F.R. § 2.39. If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See* 43 C.F.R. § 2.37(g).

You agreed to pay up to $0.00 for the processing of your request.

## Fee Waiver

You asked us to waive the fees for processing your request. Our FOIA regulations state that bureaus will waive, or partially waive, fees if disclosure of all or part of the information is:

(1) In the public interest because it is likely to contribute significantly to public understanding of government operations or activities, and

(2) Not primarily in your commercial interest.

*See* 43 C.F.R. § 2.45(a). Our FOIA regulations also provide specific criteria that are used to determine whether these two requirements are met. *See* 43 C.F.R. § 2.48. We determined that your request adequately addresses these criteria, so your request for a fee waiver is granted.

## Processing Schedule

We use Multitrack Processing to process FOIA requests. Your request falls into the "Normal" processing track for requests that would generally take six to twenty workdays to process. Within each track, requests are usually processed on a first-in, first-out basis.

## Extension—Ten Workdays

Because we will need to search for and collect requested records from field facilities or other units that are separate from the office processing the request, we are taking a 10-workday extension under *43 C.F.R. § 2.19*.

You can expect to hear from us promptly regarding the outcome of this search.

## Redirect

The records that have been requested for Jessica Bowron, Walter Cruickshank, Karen Hawbecker, Bryan Mercier, Glenda Owens, David Palumbo, Jon Raby, Sarah Ryker, and Paul Souza are not maintained by the Office of the Secretary and would likely be maintained by other Bureaus within the Department of the Interior. As such, we recommend that you submit this request to the Bureaus' specific FOIA offices at the following addresses:

For Jessica Bowron:

National Park Service
Nicholas Banco
1849 C Street, Room 2229
Washington, DC 20240
Phone: (202) 641-1621
Fax: (202) 371-5585
E-Mail: npsfoia@nps.gov

For Walter Cruickshank:

Bureau of Ocean Energy Management
Ashley Rychak
45600 Woodland Road
Sterling, VA 20166
Phone: (703) 787-1204
Fax: (703) 787-1209
Email: BOEMFOIA@boem.gov

For Karen Hawbecker:

Office of the Solicitor
Lance Purvis
MS-6540, MIB
1849 C Street, NW
Washington, DC 20240
Phone: (202) 208-5817
Fax: (202) 208-5206
E-Mail:  sol.foia@sol.doi.gov

For Bryan Mercier:

Bureau of Indian Affairs
Justin Davis
MS-4660
1849 C Street, NW
Washington, DC 20240
Phone: (202) 513-7707
Fax: (202) 208-5320
E-Mail: foia@bia.gov

For Glenda Owens:

Office of Surface Mining Reclamation and Enforcement
Julie A. Moore
Three Parkway Center
Pittsburgh, PA 15220
Phone: (412) 552-9440
Fax: (412) 937-2177
E-Mail: foia@osmre.gov

For David Palumbo:

Bureau of Reclamation
Erin Chidester
P.O. Box 25007
Denver, CO 80225-0007
Phone: (303) 445-3292
Fax: (303) 445-6575
Toll Free Voice: (888) 231-7749
Toll Free Fax: (888) 808-5104
E-Mail: borfoia@usbr.gov

For Jon Raby:

Bureau of Land Management
Ryan Witt;
MS-WO-640
1849 C Street, NW
Washington, DC 20240
Phone: (970) 256-4998
E-Mail: blm_wo_foia@blm.gov

For Sarah Ryker:

United States Geological Survey

Melanie Ruiz
P.O. Box 66783
Albuquerque, NM 87193
Phone: (571) 512-8459
Fax: (703) 648-4454
E-Mail: foia@usgs.gov

For Paul Souza:

United States Fish and Wildlife Service
Ranita Jackson
5275 Leesburg Pike
MS:IRTM
Falls Church, VA 22041
Phone: (571) 547-3153
Fax: (703) 358-2251
E-Mail: fwhq_foia@fws.gov

You may also submit a FOIA via FOIAxpress at: https://foiaxpresspal.doi.gov/app/Home.aspx

**Expedited Processing Denial**

You asked for expedited processing of your FOIA request. The Department's FOIA regulations state that a bureau will provide expedited processing when a requester demonstrates a compelling need for the records by explaining in detail how the request meets one or both of the criteria below and certifying the explanation is true and correct to the best of the requester's knowledge and belief. The two criteria are as follows:

(1) Failure to expedite the request could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; or

(2) There is an urgency to inform the public about an actual or alleged government activity and the request is made by a person primarily engaged in disseminating information. (The requested information must be the type of information that has particular value that will be lost if not disseminated quickly; this ordinarily refers to a breaking news story that concerns a matter of public exigency. Information of historical interest only or information sought for litigation or commercial activities would not qualify, nor would a news media deadline unrelated to breaking news.)

See 43 C.F.R § 2.20.

Your request does not contain enough evidence to support either of these criteria because it does not identify an imminent threat to the life or safety of any individual nor does it convey a particular value that is lost if the requested information is not disseminated quickly. In particular, your request states "Absent expedited processing of this request, the public's opportunity to understand the basis for any such recommendations will be jeopardized," however there is

nothing compelling about these recommendations and they are not binding on agency action. While your request is not primarily in your commercial interest, you do not convey what specific value would be lost or why it would be lost if expedited processing is not granted.

Your request for expedited processing therefore has been denied.

## **Appeal Rights**

You may appeal this response to the Department's FOIA/Privacy Act Appeals Officer. If you choose to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal as soon as possible after this communication. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be made in writing**. You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must include an explanation of why you believe this response is in error. You must also include with your appeal copies of all correspondence between you and OS concerning your FOIA request, including your original FOIA request and this response. Failure to include with your appeal all correspondence between you and OS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

*DOI FOIA/Privacy Act Appeals Office Contact Information*

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

## **Mediation Services**

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a

non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Email: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: (202) 741-5770
Toll-free: (877) 684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Contact information for the Department's FOIA Public Liaison, who you may also seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters*.

## Conclusion

If you have any questions about this letter, you may contact me by email at os_foia@ios.doi.gov, or by mail at U.S. Department of the Interior, 1849 C Street, NW, MS-7328, Washington, D.C. 20240.  Additionally, contact information for the Department's FOIA Requester Centers and FOIA Public Liaison is available at *https://www.doi.gov/foia/foiacenters.*

Sincerely,

**SABRINA CONWAY**
Digitally signed by SABRINA CONWAY
Date: 2025.02.10 15:09:42 -06'00'

Sabrina Conway
Deputy FOIA Officer
Office of the Secretary
FOIA Office