# EXHIBIT E

| | |
|---|---|
| **From:** | FN-CEQ-efoia |
| **To:** | Erin Murphy |
| **Subject:** | [EXTERNAL] Council on Environmental Quality – FOIA Request FY 2025-240 |
| **Date:** | Tuesday, February 11, 2025 8:01:47 AM |
| **Attachments:** | 2025-240 Original.pdf |

Dear Ms. Murphy,

This is to acknowledge that we have received the request for Government records that you submitted to the Council on Environmental Quality (CEQ) pursuant to the Freedom of Information Act (the FOIA).

For ease of reference, a copy of your request accompanies this message.  We have assigned your request the tracking number **FY2025-240**.

Your request asks us to waive or reduce the fee for processing this request. We will determine whether you qualify for a waiver or a reduction of fees if and when fees become due.

Your request asks for expedited processing.  Under the FOIA, to qualify for expedited processing, you must show us that (i) if we do not agree to expedite the processing of this request, it would pose an imminent threat to someone's life or physical safety, or (ii) you are a reporter and it is urgent that you inform the public about the subject of this request.  Because you have not shown that either of these applies to your request, we are denying your request for expedited processing.

If you have questions about your request, you may contact our FOIA Public Liaison, Howard Sun, at efoia@ceq.eop.gov or (202) 456-3621.

You may also contact the Office of Government Information Services (OGIS) for assistance, at:

> Office of Government Information Services
> National Archives and Records Administration
> Room 2510
> 8601 Adelphi Road
> College Park, MD 20740-6001
>
> Email: ogis@nara.gov
> Phone: (301) 837-1996
> Fax: (301) 837-0348
> Toll-free: (877) 684-6448

Thank you for your interest in CEQ.

Respectfully,

Adrianne Day
Information Law Specialist

Council on Environmental Quality
(202) 881-4191