# EXHIBIT G

**From:** no-reply@doc.gov
**To:** Erin Murphy
**Subject:** [EXTERNAL] Request Acknowledgement by U.S. Department of Commerce
**Date:** Monday, February 3, 2025 4:36:50 PM

You don't often get email from no-reply@doc.gov. Learn why this is important

```
Dear Erin Murphy,

Case Number DOC-NOAA-2025-000457 has been assigned to the request you
submitted. In all future correspondence regarding this request please
reference case number DOC-NOAA-2025-000457.

Regards,
U.S.
 Department of Commerce
```

| | |
|---|---|
| **From:** | no-reply@doc.gov |
| **To:** | Erin Murphy |
| **Subject:** | [EXTERNAL] Status Update for Request #DOC-NOAA-2025-000457 |
| **Date:** | Monday, February 3, 2025 4:36:58 PM |

You don't often get email from no-reply@doc.gov. Learn why this is important

Dear Erin Murphy,

The status of your NOAA FOIA request #DOC-NOAA-2025-000457 has been updated to the following status 'Received'. To log into the DOC PAL Application click on the Application URL below.

https://foia-pal.commerce.gov

Sincerely,
U.S. Department of Commerce