# EXHIBIT H



**U.S. DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**

March 5, 2025

Erin Murphy
Environmental Defense Fund
555 12th Street NW, Suite 400
Washington, DC  20004

Re: FOIA Request DOC-NOAA-2025-000457

Dear Ms. Murphy:

This letter acknowledges receipt of Environmental Defense Fund's (EDF) Freedom of Information Act (FOIA) request. Your request was received by NOAA on February 4, 2025. Your request tracking number is DOC-NOAA-2025-000457. EDF requested:

*"records…of U.S. National Oceanic and Atmospheric Administration ("NOAA") activities and communications regarding the Endangerment Finding and possible reassessment of the Finding pursuant to the Unleashing American Energy Executive Order…*

*Specifically, EDF requests copies of all correspondence and records detailed below in items (i)-(ii), that contain any of the search terms detailed below in item (iii):*

*(i) records related to the development of "joint recommendations" regarding the Endangerment Finding, pursuant to the review directed by the Unleashing American Energy Executive Order*

*(ii) correspondence with and/or between any members of the Trump Administration's NOAA transition team, and/or any Trump Administration NOAA political appointees; and any memos, presentations or other documents created by or shared with and/or among the following NOAA transition team and/or political appointees, including but not limited to:*

1. *Erik Noble*

*(iii) EDF requests the correspondence and other records detailed above that contain any of the following search terms:*

  • *Endangerment Finding(s),*
  • *Endangerment and Cause or Contribute Finding(s),*
  • *Endangerment,*
  • *Climate change,*
  • *Greenhouse gas(es),*
  • *Carbon dioxide,*
  • *GHG(s), or*
  • *Joint recommendation(s)."*

15 C.F.R. 4.6(d) (2) allows an agency to extend the FOIA response deadline by ten business days for unusual circumstances. Due to: (i) The need to search for and collect the requested records from field facilities or other establishments separate from the office processing the request; (ii) The need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are the subject of a single request; or (iii) The need for

consultation, which shall be conducted with all practicable speed, with another component or Federal agency having a substantial interest in the determination of the request, we are choosing to invoke this 10 day extension and anticipate responding to your request by March 19, 2025.

Please contact us if you are interested in narrowing the scope of your request. Narrowing your request may help expedite its processing.  If you have questions regarding your request, please contact me via email at ana.liza.malabanan@noaa.gov or call (202) 627-0981.

Sincerely,

*Ana Liza Malabanan*

Ana Liza Malabanan
Government Information Specialist
Office of the Deputy Under Secretary for Operations