IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-0871 (DLF) |

**STIPULATION TO DISMISS DEFENDANT COUNCIL ON ENVIRONMENTAL QUALITY AND CORRESPONDING CLAIM (COUNT II)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Environmental Defense Fund and Defendants Department of the Interior, National Oceanic and Atmospheric Administration, and Council on Environmental Quality ("CEQ"), hereby stipulate to dismiss Defendant CEQ and the claim (Count II) against CEQ in the above-captioned case, and state as follows:

1. Plaintiff filed its complaint on March 24, 2025, ECF No. 1, regarding, in relevant part, its February 3, 2025 Freedom of Information Act ("FOIA") request made to CEQ. *See* ECF No. 1 ¶¶ 10-12, 103-111.

2. Defendant CEQ has conducted its search and determined that there are 38 pages of records responsive to the FOIA request. Defendant CEQ made the final release of the responsive records to Plaintiff on April 17, 2025.

3. Plaintiff is satisfied that CEQ has made a final determination as required by FOIA and agrees to dismiss Defendant CEQ and Count II of the March 24, 2025 Complaint as to Defendant CEQ. Each party will bear its own costs with respect to Count II.

1

Dated:  June 13, 2025

Respectfully submitted,

/s/  *Samantha R. Caravello*
Samantha R. Caravello (Bar ID CO0080)
Nathaniel H. Hunt (Bar ID CO0107)
KAPLAN KIRSCH LLP
1675 Broadway, Suite 2300
Denver, CO  80202
Telephone: (303) 825-7000
E-mail: scaravello@kaplankirsch.com
              nhunt@kaplankirsch.com

Erin Murphy (Bar ID D00532)*
ENVIRONMENTAL DEFENSE FUND
555 12th St NW, Suite 400
Washington, D.C. 20004
Telephone: (202) 572-3525
E-mail: emurphy@edf.org
*Practicing pursuant to D.C. Ct. App. Rule 49(c)(3)

*Attorneys for Plaintiff*


JEANINE FERRIS PIRRO
United States Attorney

By: /s/  *Dedra S. Curteman*
        DEDRA S. CURTEMAN,
         D.C. Bar #90021492
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2550

*Attorneys for Defendants*